# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| M&G USA CORPORATION, *et al.*, | ) | Case No. 17-12307 (BLS) |
| GROUP, INC., <u>et al.</u> | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| M&G POLIMEROS BRASIL S.A., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 18-50007 (BLS) |
| | ) | |
| vs. | ) | |
| | ) | |
| M&G POLYMERS USA, LLC and | ) | Adv. Docket No. 4, 5 |
| COMERICA BANK, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER VACATING ORDER APPROVING STIPULATION REGARDING APPLICATION OF CASH UNDER SECTION 8(b) OF THE FINAL CASH COLLATERAL ORDER

Upon consideration of the Stipulation Regarding Application of Cash under Section 8(b) of the Final Cash Collateral Order (the "Stipulation") filed under Certification of Counsel [Adv. Docket No. 4], and the Order Approving the Stipulation [Adv. Docket No. 5]; and it appearing that the form of Order was entered in error; it is hereby

ORDERED, that the order, appearing at Adv. Docket No. 5 is vacated.

Dated: Wilmington, Delaware
January 31, 2018

Brendan Linehan Shannon
Chief United States Bankruptcy Judge

1