# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>Jointly Administered |
| M&G Polimeros Brasil S.A.,<br><br>Plaintiff,<br><br>v.<br><br>M&G Polymers USA, LLC and Comerica Bank,<br><br>Defendants. | <br><br>Adv. Proc. No. 18-50007-BLS<br><br>**Related to Docket No. 16** |

## Motion of Comerica Bank to Dismiss Amended Complaint

Defendant Comerica Bank ("Comerica"), by and through its undersigned counsel, moves to dismiss M&G Polimeros Brasil S.A.'s Amended Complaint [Ad. Proc. D.I. 16] pursuant to Federal Rule of Civil Procedure 12(b)(6), as made applicable by Federal Rule of Bankruptcy Procedure 7012. The grounds for this Motion are set forth more fully in the attached Opening Brief in Support of Comerica's Motion to Dismiss Amended Complaint. Comerica respectfully requests that this Court enter the proposed order attached as <u>Exhibit 1</u>, dismissing this adversary proceeding.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

In response to Comerica's first Motion to Dismiss Adversary Proceeding [Ad. Proc. D.I. 9], Plaintiff filed an Amended Complaint [Ad. Proc. D.I. 16].

| | |
|---|---|
| Dated: March 15, 2018 | CONNOLLY GALLAGHER LLP |
| | |
| | */s/ Karen C. Bifferato* |
| | Karen C. Bifferato (DE Bar No. 3279) |
| | Jeffrey C. Wisler (DE Bar No. 2795) |
| | Kelly M. Conlan (DE Bar No. 4786) |
| | The Brandywine Building |
| | 1000 N. West Street, Suite 1400 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 757-7300 |
| | Facsimile: (302) 757-7299 |
| | Email: kbifferato@connollygallagher.com |
| | Email: jwisler@connollygallagher.com |
| | Email: kconlan@connollygallagher.com |
| | |
| | and |
| | |
| | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| | Jonathan S. Green, Esq. |
| | Steven A. Roach, Esq. |
| | Erika L. Giroux |
| | 150 West Jefferson, Suite 2500 |
| | Detroit, MI 48226 |
| | Telephone: (313) 963-6420 |
| | Facsimile: (313) 496-7500 |
| | Email: greenj@millercanfield.com |
| | Email: roach@millercanfield.com |
| | Email: giroux@millercanfield.com |
| | |
| | *Counsel to Comerica Bank* |