# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> M & G USA CORPORATION, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 17-12307 (BLS) <br><br> Jointly Administered |
| M&G Polimeros Brasil S.A., <br><br> Plaintiff, <br><br> v. <br><br> M&G Polymers USA, LLC and Comerica Bank, <br><br> Defendants. | Adversary Case No. 18-50007-BLS |

## Order Dismissing Amended Complaint

This matter is before the Court on Defendant Comerica Bank's Motion to Dismiss Amended Complaint filed on March 15, 2018. The Court having considered the motion and the responses filed to it and having conducted a hearing on the motion, and the Court finding that (a) the Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) the reasons set forth in the motion providing good and sufficient cause for the relief sought in the Motion having been provided to the Court.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

It is ORDERED that Plaintiff M&G Polimeros Brasil S.A.'s Amended Complaint is dismissed with prejudice.

Dated: _____, 2018     _____
                                UNITED STATES BANKRUPTCY JUDGE