# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | |
| M&G POLIMEROS BRASIL S.A., | Adversary Case No. 18-50007 (BLS) |
| Plaintiff, | **Ref. Docket Nos. 16, 17, 18** |
| v. | |
| M&G POLYMERS USA, LLC and COMERICA BANK, | |
| Defendants. | |

## JOINDER OF M&G POLYMERS USA, LLC TO MOTION OF COMERICA BANK TO DISMISS AMENDED COMPLAINT AND BRIEF IN SUPPORT THEREOF

Debtor M&G Polymers USA, LLC ("M&G Polymers") by and through its undersigned counsel, hereby joins in (i) the *Motion of Comerica Bank to Dismiss Amended Complaint* filed by Defendant Comerica Bank on the date hereof (the "Motion to Dismiss") and (ii) the *Opening Brief in Support of Comerica Bank's Motion to Dismiss Amended Complaint* (the "Brief in Support") and respectfully represents as follows:

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

## JOINDER

M&G Polymers is a debtor in the above-captioned chapter 11 case and defendant in the above-captioned adversary proceeding filed by M&G Polimeros Brasil, S.A. on January 16, 2018 (the "Adversary Proceeding").

M&G Polymers has reviewed the Motion to Dismiss and Brief in Support filed by Comerica Bank. M&G Polymers hereby joins in the Motion to Dismiss and Brief in Support and respectfully requests that the Court grant the relief requested therein and dismiss the Adversary Proceeding against M&G Polymers for the same reasons set forth in the Motion to Dismiss and Brief in Support for dismissing the Adversary Proceeding against Comerica Bank.

WHEREFORE, for the reasons set forth in the Motion to Dismiss and in the Brief in Support, M&G Polymers respectfully requests that the Court (i) dismiss the Adversary Proceeding against M&G Polymers for the reasons set forth in the Motion to Dismiss and Brief in Support and (ii) grant such other and further relief as this Court deems just and proper.

Dated: March 15, 2018

Respectfully submitted,

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   ljones@pszjlaw.com
         joneill@pszjlaw.com
         jmulvihill@pszjlaw.com

and

JONES DAY  
Scott J. Greenberg  
James Sottile IV  
Stacey L. Corr-Irvine  
250 Vesey Street  
New York, NY 10281  
Telephone:     (212) 326-3939  
Facsimile:     (212) 755-7306  
Email:         sgreenberg@jonesday.com  
               jsottile@jonesday.com  
               scorririvine@jonesday.com  

and  

Carl E. Black  
901 Lakeside Avenue  
Cleveland, Ohio 44114  
Telephone:     (216) 586-7035  
Facsimile:     (216) 579-0212  
Email:         ceblack@jonesday.com  

Co-Counsel for the Debtors and Debtors in Possession