# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | |
| M&G POLIMEROS BRASIL S.A., | Adversary Case No. 18-50007-BLS |
| Plaintiff, | **Ref. Docket Nos. 16, 17, 21 and 22** |
| v. | |
| M&G POLYMERS USA, LLC and COMERICA BANK, | |
| Defendants. | |

## JOINDER OF M&G POLYMERS USA, LLC TO COMERICA BANK'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT

Debtor M&G Polymers USA, LLC ("M&G Polymers") by and through its undersigned counsel, hereby joins in *Comerica Bank's Reply Brief in Support of Motion to Dismiss Amended Complaint* filed by Defendant Comerica Bank on the date hereof [Adv. Pro. Docket No. 22] (the "Reply") and respectfully represents as follows:

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

## JOINDER

M&G Polymers is a debtor in the above-captioned chapter 11 case and defendant in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>") filed by M&G Polimeros Brasil, S.A. ("<u>Polimeros Brasil</u>") on January 16, 2018.

On March 15, 2018, Comerica Bank filed a motion to dismiss the Adversary Proceeding [Ad. Proc. Docket No. 17] (the "<u>Motion to Dismiss</u>"), in which Polymers joined [Ad. Proc. Docket No. 19]. Thereafter, on April 12, 2018, Polimeros Brasil filed a response in opposition to the Motion to Dismiss [Ad. Proc. Docket No. 21].

M&G Polymers has reviewed the Reply filed by Comerica Bank. M&G Polymers hereby joins in the Reply and respectfully requests that the Court dismiss the Adversary Proceeding against M&G Polymers for the same reasons set forth in the Reply and Motion to Dismiss for dismissing the Adversary Proceeding against Comerica Bank.

WHEREFORE, for the reasons set forth in the Reply, M&G Polymers respectfully requests that the Court (i) dismiss the Adversary Proceeding, (ii) grant the Motion to Dismiss and (iii) grant such other and further relief as the Court deems just and proper.

Dated: April 26, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　　　　　　　Laura Davis Jones (DE Bar No. 2436)
　　　　　　　　　　　　　　　　　　　　　　James E. O'Neill (DE Bar No. 4042)
　　　　　　　　　　　　　　　　　　　　　　Joseph M. Mulvihill (DE Bar No. 6061)
　　　　　　　　　　　　　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP
　　　　　　　　　　　　　　　　　　　　　　919 N. Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-4100
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (302) 652-4400
　　　　　　　　　　　　　　　　　　　　　　Email:　　ljones@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　joneill@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　jmulvihill@pszjlaw.com

　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　　Scott J. Greenberg
　　　　　　　　　　　　　　　　　　　　　　James Sottile IV
　　　　　　　　　　　　　　　　　　　　　　Stacey L. Corr-Irvine
　　　　　　　　　　　　　　　　　　　　　　250 Vesey Street
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10281
　　　　　　　　　　　　　　　　　　　　　　Telephone:　　(212) 326-3939
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　　 (212) 755-7306
　　　　　　　　　　　　　　　　　　　　　　Email:　　　　sgreenberg@jonesday.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 jsottile@jonesday.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 scorririvine@jonesday.com

　　　　　　　　　　　　　　　　　　　　　　and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:     (216) 586-7035
Facsimile:     (216) 579-0212
Email:         ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession