# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>Jointly Administered |
| M&G Polimeros Brasil S.A.,<br><br>        Plaintiff,<br><br>  v.<br><br>M&G Polymers USA, LLC and Comerica Bank,<br><br>        Defendants. | Adv. Proc. No. 18-50007-BLS<br><br>**Re: D.I. Nos. 16, 17, 18, 19, 21, 22 and 23** |

## NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO DEFENDANT COMERICA BANK'S MOTION TO DISMISS

PLEASE TAKE NOTICE that briefing concerning the *Motion of Comerica Bank to Dismiss Amended Complaint* [Adv. Docket No. 17] ("Motion"), filed in the above-captioned adversary proceeding on March 15, 2018, is now completed and ready for consideration by the Court.

Pleadings relevant to the Motion are as follows:

| Tab No. | Date | Docket No. | Pleading |
|---|---|---|---|
| 1. | 03/01/18 | 16 | Amended Complaint |
| 2. | 03/15/18 | 17 | Motion of Comerica Bank to Dismiss Amended Complaint |
| 3. | 03/15/18 | 18 | Opening Brief in Support of Comerica Bank's Motion to Dismiss Amended Complaint |
| 4. | .3/15/2018 | 19 | Joinder of M&G Polymers USA, LLC to Motion of Comerica Bank to Dismiss Amended Complaint and Brief in Support Thereof |

| 5. | 04/12/18 | 21 | Polimeros' Brief in Opposition to Defendant Comerica's Motion to Dismiss |
| 6. | 04/26/18 | 22 | Comerica Bank's Reply Brief in Support of Motion to Dismiss Amended Complaint |
| 7. | 04/26/18 | 23 | Joinder of M&G Polymers USA, LLC to Comerica Bank's Reply Brief in Support of Motion to Dismiss Amended Complaint |

Dated: April 27, 2018      CONNOLLY GALLAGHER LLP

/s/ Jeffrey C. Wisler
Karen C. Bifferato (DE Bar No. 3279)
Jeffrey C. Wisler (DE Bar No. 2795)
Kelly M. Conlan (DE Bar No. 4786)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 757-7299
Email: kbifferato@connollygallagher.com
Email: jwisler@connollygallagher.com
Email: kconlan@connollygallagher.com

and

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Jonathan S. Green, Esq.
Steven A. Roach, Esq.
Erika L. Giroux
150 West Jefferson, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
Email: greenj@millercanfield.com
Email: roach@millercanfield.com
Email: Giroux@millercanfield.com

*Counsel to Comerica Bank*